```
                                                              FILED
1  Grett L. Hurley, CSB #221814
   Office of Tribal Attorney
2  Hoopa Valley Tribe                                    2005 DEC 15  P 3:57
   Post Office Box 188
3  Hoopa, CA 95546                                       CLERK, US DIST. COURT
   (530) 625-4211                                        EASTERN DIST. OF CALIF
4  (530) 625-4847                                        BY _____
   gretthurley@hoopa-nsn.gov
5
   Attorney for Hoopa Valley Tribe,
6
       LODGED
7
       DEC 12 2005                           UNITED STATES DISTRICT COURT
8
   CLERK, U.S. DISTRICT COURT                EASTERN DISTRICT OF CALIFORNIA
   EASTERN DISTRICT OF CALIFORNIA
9  BY _____

10   WESTLANDS WATER DISTRICT, et al     )    Case No. 1:93-cv-5327-OWW-SMS
                                         )
11              Plaintiff,               )
                                         )    NOTICE OF SUBSTITUTION OF
12         vs.                           )    ATTORNEY; ORDER RELIEVING
                                         )    BRADLEY BLEDSOE DOWNES
13   USA, et al,                         )    [General Rule L.R. 83-182(g)]
                                         )
14              Defendant,               )
                                         )
15   _____ )
                                         )
16   HOOPA VALLEY TRIBE,                 )
                                         )
17              Intervenor,              )
                                         )
18   _____ )

19   TO:       The Clerk of the Court
     AND TO:   All parties of Record
20
```

PLEASE TAKE NOTICE that the Defendant-Intervenor, Hoopa Valley Tribe, substitutes Grett L. Hurley, as Local Counsel in the above entitled matter and consents to the withdrawal of Bradley G. Bledsoe Downes as Local Counsel. All future correspondence and pleadings should be served on Intervenor, Hoopa Valley Tribe as follows:

Substitution of Attorney                                                    -1-

Grett L. Hurley, CSB #221814
Office of Tribal Attorney
Hoopa Valley Tribe
Post Office Box 188
Hoopa, CA 95546
gretthurley@hoopa-nsn.gov

I consent to the above substitution of attorneys and request withdrawal from this matter as Local Counsel.

Dated: 11/28/05

Bradley G. Bledsoe Downes

I consent to the above substitution of attorneys and appear as attorney of record for Defendant-Intervenor, Hoopa Valley Tribe in this matter for all purposes.

Dated: 10-2-05

Grett L. Hurley

Written notice having been served, Bradley G. Bledsoe Downes is hereby relieved from further proceedings as attorney of record for Defendant-Intervenor, Hoopa Valley Tribe, in the above entitled matter.

**IT IS SO ORDERED:**

Dated: 12-14-05

Judge of the Eastern District Court

Substitution of Attorney                                                                 -2-